1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10                                    **SOUTHERN DIVISION**

11

12   KHANH GIANG,                          )     No. SA CV 18-910-PLA
                                           )
13              Plaintiff,                 )     **JUDGMENT**
                                           )
14        v.                               )
                                           )
15   NANCY BERRYHILL, DEPUTY               )
     COMMISSIONER OF OPERATIONS            )
16   FOR THE SOCIAL SECURITY               )
     ADMINISTRATION,                       )
17                                         )
                Defendant.                 )
18   _____)

19        In accordance with the Memorandum Opinion filed concurrently herewith,

20        IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social

21   Security Administration, is reversed and this case is remanded to defendant for further

22   proceedings consistent with the Memorandum Opinion.

23

24   DATED:  February 14, 2019

25                                              _____
                                                        PAUL L. ABRAMS
                                                UNITED STATES MAGISTRATE JUDGE

26

27

28